IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES F. HARRIS, JR. AND EARLINE M. HARRIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HANCOCK BANK, | ) ) ) |
| Defendant. | ) |

CASE NUMBER:  CV-10--697

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs and request that this case be dismissed without prejudice, with each party bearing its own costs, pursuant to Fed.R.Civ.P. 41(a)(1), because no answer has been filed or served upon Plaintiffs and no motion for summary judgment has been filed.

JAMES K. LAMBERT
21 South Section Street
Fairhope, AL  36532
Telephone:    (251) 928-5595
Facsimile      (251) 990-0626
jl@jameslambertlaw.com


BY  s/  James Lambert
James Lambert
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Warren Butler and
Scott D. Stevens
RSA - Battle House Tower, Suite 20290
11 N. Water Street
Mobile, AL 3660

/s/ James K. Lambert
James K. Lambert